**POLK CITY SECURITIES CORPORATION, Appellant, v. TOWN OF POLK CITY, Appellee.**

Supreme Court of Florida

Jan. Term, 1936.

Bradford G. Williams, of Lakeland, for the motion.

PER CURIAM.

Appeal dismissed on motion of counsel for appellant.

---

**POLK COMPANY, a Corporation, Plaintiff in Error, v. H. R. SNAPP, Defendant in Error.**

Supreme Court of Florida.

Jan. Term, 1936.

McKay, MacFarlane, Jackson & Ramsey, of Tampa, for plaintiff in error.

Joseph E. Williams, of Tampa, for defendant in error.

PER CURIAM.

Writ of error dismissed on motion of counsel for the respective parties.

---

**RANGER REALTY COMPANY, Appellant, v. Jesse J. ADLER, Appellee.**

Supreme Court of Florida.

Jan. Term, 1936.

Hall & English and M. Lewis Hall, all of Miami, for appellant.

Gautier, Worley & Bouvier, of Miami, for appellee.

PER CURIAM.

Appeal dismissed on motion of counsel for the respective parties.

---

**W. E. ROBINSON et al., Appellants, v. Ben HANDLER, Appellee.**

Supreme Court of Florida.

Jan. Term, 1936.

Frank Redd, of Sarasota, for appellants.

John F. Burket, of Sarasota, for appellee.

PER CURIAM.

Appeal dismissed on motion of counsel for appellee.

---

**Effie L. ROGERS, a Widow, etc., et al., Appellants, v. STATE LIFE INSURANCE COMPANY, an Indiana Corporation, Appellee.**

Supreme Court of Florida.

Jan. Term, 1936.

Shutts & Bowen and James A. Dunn, all of Miami, for appellants.

Stapp, Gourley, Ward & Ward, of Miami, for appellee.

PER CURIAM.

Appeal dismissed on motion of counsel for the respective parties.

---

**Don ROONEY, Plaintiff in Error, v. S. D. McCREARY, Director of Public Safety and Chief of Police of the City of Miami, Florida, et al., Appellees.**

Supreme Court of Florida.

Jan. Term, 1936.

Bart A. Riley, of Miami, for the motion.

PER CURIAM.

Writ of error dismissed on motion of counsel for plaintiff in error.